UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>*Plaintiff,*<br>v.<br>ADRIAN LOONEY,<br>*Defendant.* | Civil Action No. 1:26-cv-10153-FDS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe and Defendant Adrian Looney, being all parties who have appeared in this action, hereby stipulate and agree that this action, including all claims that were asserted or could have been asserted herein, is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees, and all rights of appeal are waived.

Respectfully submitted,

JANE DOE,
By her attorneys,

*/s/ Korey S. Kajko*
J. Tucker Merrigan (BBO# 681627)
Korey S. Kajko (BBO# 707342)
SWEENEY MERRIGAN LAW, LLP
268 Summer Street, LL
Boston, MA 02210
Tel.: (617) 391-9001
tucker@sweeneymerrigan.com
ksk@sweeneymerrigan.com

ADRIAN LOONEY,
By his attorney,

*/s/ Keith Halpern* (with permission)
Keith Halpern (BBO# 545282)
572 Washington Street, Suite 19
Wellesley, MA 02482

Dated: November 3, 2026

**CERTIFICATE OF SERVICE**

I, Korey S. Kajko, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 3, 2026.

*/s/ Korey S. Kajko*
Korey S. Kajko